

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FERNANDO GARCIA, | § | No. 08-23-00005-CR |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20220D04326) |

## O P I N I O N

Fernando Garcia, Appellant, was convicted of driving while intoxicated. TEX. PENAL CODE. ANN. 49.09(b). The trial court indicated in the court's certification of defendant's right to appeal that this is a plea-bargain case, and the defendant has no right of appeal. The certification, which was signed on December 13, 2022, includes the signatures of the trial judge, Appellant, and Appellant's trial counsel. On January 12, 2023, Appellant filed a notice of appeal.

By letter dated February 28, 2023, the Clerk of this Court requested that counsel for Appellant address whether Appellant has a right of appeal. On March 23, 2023, counsel for Appellant responded by filing a motion to dismiss pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. Accordingly, we grant the motion, and the appeal is hereby dismissed. TEX. R. APP. P. 42.2.

LISA J. SOTO, Justice

March 29, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

(Do Not Publish)